Civil Action No. 1:18 CV 07588 ER

Job #: 181069

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **HANESBRAND, INC. D/B/A HANES**

was received by me on *(date)* **8/23/18** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Joanne (REFUSED LAST NAME) Manager, Authorized Agent c/o United Agent Group Inc., 15 North Mill Street, Nyack, NY**, who is designated by law to accept service of process on behalf of **HANESBRAND, INC. D/B/A HANES** on *(date)* **8/28/18 3:38 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **8/31/18**

*Server's signature*

**Russell Phillips**
*Printed name and title*

NY Server LLC, 450 Route 25A #814, East Setauket NY 11733 PH 877-358-4515
*Server's address*

Additional information regarding attempted service, etc:

Sex: Female    Color of skin: White    Color of hair: Blonde    Glasses: Yes
Age: Over 65 Yrs.    Height: 5ft 0inches - 5ft 3inches    Weight: 131-160 Lbs.    Other Features:

*NY SERVER LLC, 450 ROUTE 25A #814, EAST SETAUKET NY 11733 PH 877-358-4515*