```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EDWIN DIAZ (on behalf of himself and all others similarly situated),

                      Plaintiff,

-against-

HANESBRANDS INC. (d/b/a Hanes),

                      Defendants.
-------------------------------------------------------------- X

18-cv-7588 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 26, 2019, the parties notified the Court that they had reached an agreement in principle resolving all issues; and

      WHEREAS on February 26, 2019 (Dkt. 16), the Court ordered that this action would be dismissed with prejudice and without costs (including attorneys' fees) to either party on March 26, 2019, unless one or more parties filed a letter before that date requesting that the action not be dismissed; and

      WHEREAS no party has filed a letter requesting that this action not be dismissed,

      IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

Date: March 28, 2019
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**